PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision



| | |
|---|---|
| Name of Offender: | Meshela Ivory          Case Number: **1:02CR00161** |
| Name of Sentencing Judicial Officer: | **The Honorable Sandra S. Beckwith**<br>**Chief United States District Judge** |
| Date of Original Sentence: | **March 24, 2003** |
| Original Offense: | **Larceny, Theft** |
| Original Sentence: | **36 month(s) probation** |

Type of Supervision: **Probation**                   Date Supervision Commenced: **March 24, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Failure to pay restitution; The defendant was ordered to pay $1,400.00 restitution, jointly and severally with her co-defendant Julian Payne. To date, the defendant has paid $605.00 toward her restitution. |

**U.S. Probation Officer Action:** **The defendant supports two children on $6.57 per hour. Although she receives subsidized housing, she has very little money left after she pays her household expenses. Therefore, in light of the above, it is recommended that the defendant's supervision be allowed to expire on schedule on March 23, 2006.**

Respectfully submitted,                         Approved,

by /s/ Lorraine Cooper                          by /s/ John Cole
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:    **January 26, 2006**                   Date:    **January 26, 2006**

[ ]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

Signature of Judicial Officer

1/31/06
Date